**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MR. LEEANDER TILLMAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN SABO, <br><br> Defendant. | Case No. EDCV 19-1123 AB (AS) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 9, 2020

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE